SO ORDERED: April 28, 2016.



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| DAVID A. STINNETT, | ) | CASE NO. 00-70768-BHL-7A |
|     Debtor | ) | |

ORDER ON EMERGENCY HEARING ON ORDER ON
TRUSTEE'S FIRST OMNIBUS OBJECTION TO CLAIMS (DOC 580)

Come now R. Stephen LaPlante, Trustee, and the United States of America by counsel, Gabrielle G. Hirz, Trial Attorney with the Tax Division of the U.S. Department of Justice, and file their Joint Motion for Emergency/Expedited Hearing on Order on Trustee's First Omnibus Objection to Claims (Doc 580) ("Motion") on April 26, 2016, concerning issues regarding Proof of Claim 6 (POC 6) filed by the Internal Revenue Service on May 15, 2002.

Telephonic hearing on said Motion is held on April 28, 2016, at 9:30 a.m. Evansville time. Appearing at said telephonic hearing was R. Stephen LaPlante, Trustee. The Court, having heard the representations of counsel and reviewed the pleadings, finds itself duly advised in the premises, and finds as follows:

1. POC 6 filed by the IRS is an amendment of POC 2 filed by the IRS;

2. POC 2 was allowed as an unsecured claim in the amount of $49,847.07 as set forth in the Order on Trustee's First Omnibus Objection to Claims ("Order") entered by this Court on July 27, 2015; and

3. Since POC 6 amended POC 2, and since POC 2 was previously allowed in the priority and amount as stated in the preceding paragraph, the Order should be amended to reflect that POC 6 rather than POC 2 is allowed as an unsecured claim in the amount of $49,847.07.

IT IS THEREFORE ORDERED that the following claim should be DISALLOWED:

| Claimant | Status |
| --- | --- |
| 000002 – Internal Revenue Service | Unsecured |

IT IS FINALLY ORDERED that the following claim should be ALLOWED as hereinafter set forth:

| Claimant | Status |
| --- | --- |
| 000006 – Internal Revenue Service | Unsecured in the amount of $49,847.07 |

# # #