**SO ORDERED: November 3, 2016.**



**Basil H. Lorch III**
**United States Bankruptcy Judge**

United States Bankruptcy Court
Southern District of Indiana

IN RE: )

)

David A. Stinnett )    CASE NO.    00-70768-BHL-7A

)

DEBTOR(S) )

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon application and in accordance with the provisions of 28 USC Section 2042, it is

ORDERED that, following review by the Clerk of the sufficiency of the Affidavit of Creditor

Information, the Clerk of the U. S. Bankruptcy Court is directed to remit to

General Electric Co., succ to Great Lakes Coll. Bureau c/o The Locator Svcs. Grp. 280 Summer St., Ste. 400, Bost ,

the sum of    $18,951.10    now held as unclaimed funds in the Treasury for creditor

Great Lakes Collection Bureau, Inc. .

###