**Fill in this information to identify the case:**

Debtor 1    David                          Stinnett
            First Name    Middle Name      Last Name

Debtor 2
(Spouse, if filing)    First Name    Middle Name    Last Name

FILED '23 DEC 12
BANKR SO INDPHZ:47

United States Bankruptcy Court for the Southern District of Indiana

Case number:    00-70768

Form 1340 (12/19)

# APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

## 1. Claimant Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| | |
|---|---|
| Amount: | $54,333.30 |
| Claimant's Name: | James D Stout |
| Claimant's Current Mailing Address, Telephone Number, and Email Address. | P. O. Box 8 Bridgeport, IL 62417 , 323-425-4150, jamesdstoutesq88@gmail.com |

## 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

☒ Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☐ Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☐ Applicant is Claimant's representative (*e.g., attorney or unclaimed funds locator*).

☐ Applicant is a representative of the deceased Claimant's estate.

## 3. Supporting Documentation

☒ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

## 4. Notice to United States Attorney

☒ Applicant has sent a copy of this application and supporting documentation to the United States Attorney pursuant to 28 U.S.C. §2042, at the following address:

Office of the United States Attorney
Southern District of Indiana
10 W Market Street, Suite 2100
Indianapolis, IN 46204

| 5. Applicant Declaration | 5. Co-Applicant Declaration (if applicable) |
|---|---|
| Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under laws of the United States of America that the foregoing is true and correct. | Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under laws of the United States of America that the foregoing is true and correct. |
| Date: 11/28/2023 | Date: _____ |
| *James D Stout* | |
| Signature of Applicant | Signature of Co-Applicant (if applicable) |
| James Stout | |
| Printed Name  of Applicant | Printed Name  of Co-Applicant (if applicable) |
| Address: P. O. Box 8 Bridgeport, IL 62417 | Address: |
| Telephone: 323-425-4150 | Telephone: |
| Email: jamesdstoutesq88@gmail.con | Email: |

## 6. Notarization

STATE OF       Illinois

COUNTY OF    Cook

This Application for Unclaimed Funds, dated 11/28/2023 was subscribed and sworn to before me this

28th day of November , 2023 by

*James D Stout*

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

Notary Public _____

My commission expires: Jan 5 2024

(SEAL)

OFFICIAL SEAL
A McLemon
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires  Jan 5, 2024

## 6. Notarization

STATE OF       _____

COUNTY OF    _____

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this

_____ day of _____ , _____ by

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

Notary Public _____

My commission expires: _____

(SEAL)