# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0756–3 | User: admin | Date Created: 1/10/2024 |
| Case: 00–70768–AKM–7A | Form ID: s003470 | Total: 12 |

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| tr | R. Stephen LaPlante | rallen@laplantellp.com |
| ust | U.S. Trustee | ustpregion10.in.ecf@usdoj.gov |
| aty | Harry L. Mathison | hmathison@kdblaw.com |
| aty | James S. Kowalik | jim.kowalik@gmail.com |
| aty | Jeannette E. Hinshaw (llh) | jeannette.hinshaw@usdoj.gov |
| aty | R. Stephen LaPlante | slaplante@laplantellp.com |
| aty | Ronald J. Moore | Ronald.Moore@usdoj.gov |

TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| db | David A. Stinnett | 7926 Coventry Court   Evansville, IN 47715 |
| tratty | R. Stephen LaPlante | KEATING & LaPLANTE, LLP   101 N.W. First Street, Suite 116   P.O. Box 3556   Evansville, in 47734–3556 |
| sp | Yvette M. LaPlante | KEATING & LaPLANTE, LLP   101 N.W. First Street, Suite 116   P.O. Box 3556   Evansville, IN 47734–3556 |
| cr | James D Stout | P.O. Box 8   Bridgeport, IL 62417 |
| | James D Stout | 309 N Jefferson St   Robinson, IL 62454 |

TOTAL: 5